In the Matter of FRANCES B. HEGEMAN, Deceased. In the Matter of the Petition of MILN P. PALMER to Resign, and for a Judicial Settlement of His Account as Substituted Trustee under the Will of FRANCES B. HEGE-

MAN, Deceased.— Decree modified by striking therefrom the direction to surcharge the account of the substituted trustee with the amount of $15,783.12, and as so modified affirmed; without costs to either party as against the others. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.